175 A.3d 142

**BROWN–CONYERS**

v.

**MICHAEL AND SON SERVICES**

**Pet. Docket No. 316, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Dismissed by the Court of Special Appeals (No. 897, Sept. Term, 2017).

Petition for writ of certiorari denied

175 A.3d 142

**CARTER**

v.

**BLUMBERG**

**Pet. Docket No. 324, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Dismissed by the Court of Special Appeals (No. 2235, Sept.Term, 2016).

Petition for writ of certiorari denied